

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2019

No. 04-18-00564-CR

David Lee **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2062
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to January 25, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court